IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|   |   |
|---|---|
| ERIK B. CHERDAK | : |
|   | : |
| v. | : Civil Action No. DKC 2006-0435 |
|   | : |
| TARGET CORPORATION | : |
|   | : |

**MEMORANDUM OPINION**

Presently pending and ready for resolution is Plaintiff's motion to lift the stay of proceedings and for issuance of a revised scheduling order.  This case was stayed pending resolution of Defendant's requests for reexamination by the United States Patent and Trademark Office of two patents at issue due to the filing of Plaintiff's complaint.  The reexamination of one of those patents ('445) has been completed, but the other ('269) remains pending.  Plaintiff proposes to amend his complaint to delete any claims based on '269.  Defendant opposes lifting of the stay because it has not yet seen the proposed amended complaint.

Under the circumstances, the court will lift the stay, reopen the proceedings administratively, and direct the parties to submit a proposed revised schedule, jointly, if possible.  If necessary, a telephone scheduling conference will be held.  If, for any reason, the claims relating to '269 are not eliminated by an amended complaint, Defendant may renew its request for a stay and the merits of the request will be examined at that time.

A separate order will be entered.

                                                   _____/s/_____
                                                   DEBORAH K. CHASANOW
                                                   United States District Judge