

Skip Page Navigation

All Products | GO

Sign In | New Guest?



 Previous Page

**Browse Similar Items**
All Boys' Shoes
Boys' Athletic Shoes
All Kids' Athletic

**Recently Viewed Items**



Pro Pot Football Slow Cooker
Our Price: **$19.99**



Rival 5.5-qt. Oval Crock Pot with Mini Warmer
Our Price: **$29.99**



free shipping with minimum purchase

**Boys' Spotlite Light-up Athletic Shoes - Navy ()**

**$11.99 - $12.99**
List price: $12.99

2: $12.99     SIZING CHART

Quantity: 1

 ADD TO CART

——— OR ———

**Sign-in** for 1-Click

ADD TO CLUB WEDD
ADD TO TARGET BABY
ADD TO TARGET LISTS

VIEW LARGER IMAGE

**Avg. Guest Rating:** ★★☆☆☆
**Availability :**
Usually ships within 24 hours.
**When you spend $50 or more in select categories get free standard shipping. Offer available online only. Discount applied at Checkout.**
See offer details.



- Stride with confidence and ease in these funky leather tennis shoes
- Flashing lights on the "out step" keep your timing smart and your style smooth
- Rubber 1" heel gives you that extra jump
- Cool mesh mixes it up

**Guest Reviews**

Write an online review and share your thoughts with other guests.    See all Reviews

 **Poor Construction - Fall Apart!**, December 1, 2007
Reviewer: **Broke Mom "Candee"** (Las Vegas, NV) - See all my reviews

My son picked out these shoes for his birthday on October 13, and they are completely ruined now (December 1). The laces are stretched out and the soles have come unglued. They look like they're two years old, not two months! They're awful!

Was this review helpful to you?

3 of 3 people found the following review helpful:

  **Great shoe for the price**, March 26, 2006
Reviewer: **BigDog** (Eustis, FL, USA) - See all my reviews

We purchased this shoe, along with a pair of sandals and water shoes, for our 3 yr old nephew. Although he does not wear them daily (he has several other pairs of shoes to choose from) he loves the light up feature. These seem to be built... read complete review

Was this review helpful to you?

### E-mail Exclusives

Sign up to receive special offers and promotions from Target.
E-mail address:

### Help

| Track an Order | Contact Us | Shopping Directory |
| Return an Item | Shipping | My Account |

### The REDcards

Save 10% Upon Credit Approval ▸

Apply Now
Manage My Account
Card Benefits
Target Business Card

### Target Stores

Find a Store
Weekly Ad
SuperTarget Coupons + Specials
Target Photo
Portrait Studio
Optical
Health
Pharmacy
See All

### Company Info

About Target
Our Values
Careers
News
Investors
Diversity
Affiliates
Team Member Services

### Community

Target House
Take Charge of Education
Safe Families + Communities
Arts
Target Field Trip Grants

© 2007 Target.com. All rights reserved.
The Bullseye Design and Bullseye Dog are trademarks of Target Brands, Inc.
Powered by Amazon.com

Privacy + Security | Terms + Conditions
California Privacy Rights | About This Site