Skip Page Naviga



  All Products  GO                    Sign In  |  New Guest?

 Save 10% when you open a REDcard℠ credit account.   Apply now ▸  

◂◂ Previous Page

**Browse Similar Items**

All Girls' Shoes
Girls' Athletic Shoes
All Kids' Athletic



VIEW LARGER IMAGE

**Avg. Guest Rating:** ★★★☆☆

**Availability :**
Usually ships within 1 to 2 days.

**Get free standard shipping when you spend $50 combined across multiple categories. Select categories only. Offer available online only. Discount applied at Checkout.**
See offer details.

free shipping with minimum purchase

**Girls' Light-Up Athletic Shoes - White**

**$14.99**

1.5: $14.99 ▾      ⊙ SIZING CHART

**Quantity:**  1

 ADD TO CART

——— OR ———

**Sign-in** for 1-Click

▸ ADD TO CLUB WEDD
▸ ADD TO TARGET BABY
▸ ADD TO TARGET LISTS

| FEATURES | DESCRIPTION | ADDITIONAL INFO | SHIPPING INFO |

- Girls on the move will always be able to see where they're going with these light-up athletic shoes
- Pink and white shoes are studded with lights that illuminate with movement
- Upper portion of shoes are vinyl; soles are rubber
- 1" sole is comfortable and slip resistant

**Guest Reviews**

**Write an online review** and share your thoughts with other guests.          See all Reviews

★★★★★ **Great shoe!**, October 8, 2007

Reviewer: **Mom to 2** (Dallas, TX) - See all my reviews

This has been a great shoe for my 5 year old daughter. She can tie laces, but who wants to bother with laces coming untied if you don't have to? LOL I thankfully haven't had any of the quality issues like some other reviewers have mentioned.... read complete review

Was this review helpful to you? 

2 of 2 people found the following review helpful:

**Way cuter then the picture**, August 15, 2007
Reviewer: **Thrifty mom "Tien G"** (Lancaster, Pa) - See all my reviews

I bought these for my 8yr old. She never ties her shoes so i figured i'd cut out the endless search for more laces with these. She adores them !!! She says they are very comfortable and i don't see any slipping like you sometimes do with... read complete review

Was this review helpful to you? 

---

**E-mail Exclusives**

Sign up to receive special offers and promotions from Target.
E-mail address:

**The REDcards**

Apply Now
Manage My Account
Card Benefits
Target Business Card

**Help**

Track an Order
Return an Item

Contact Us
Shipping

Shopping Directory
My Account

**Target Stores**

Find a Store
Weekly Ad
SuperTarget Coupons + Specials
Target Photo
Portrait Studio
Optical
Health
Pharmacy
See All

**Company Info**

About Target
Our Values
Careers
News
Investors
Diversity
Affiliates
Team Member Services

**Community**

Target House
Take Charge of Education
Safe Families + Communities
Arts
Target Field Trip Grants

© 2008 Target.com. All rights reserved.
The Bullseye Design and Bullseye Dog are trademarks of Target Brands, Inc.
Powered by Amazon.com

Privacy + Security | Terms + Conditions
California Privacy Rights | About This Site