## Target Brand BOYS' SPOTLITES ATHLETIC SHOE



## Lighting Module Exposed

