## Target Brand GIRLS' LITE MOVES ATHLETIC SHOE



## Lighting Module Exposed

