## Target Brand BOYS' LITE MOVES ATHLETIC SHOE



## Lighting Module Exposed



- Lighting Module
- Upper
- Pressure Responsive Switch (Spring Switch)
- Sole
- Battery
- LEDs in Sole of Shoe
- Cavity in Sole for Lighting Module
- Controller (IC)
- Lead Wires to Additional LEDs