

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/008,246 | 10/02/2006 | 5452269 | 10505-333854 | 8054 |

| 7590 | 01/03/2008 |
|---|---|

IRA C. EDELL
EPSTEIN EDELL AND RETZER
SUITE 400
1901 RESEARCH BOULEVARD
ROCKVILLE, MD  20850-3164

| EXAMINER |
|---|
|  |

| ART UNIT | PAPER NUMBER |
|---|---|
|  |  |

DATE MAILED: 01/03/2008

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 10/03)



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**DO NOT USE IN PALM PRINTER**

(THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS)

William K. Weimer
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

# *EX PARTE* REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. *90/008,246*.

PATENT NO. *5452269*.

ART UNIT *3992*.

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified *ex parte* reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the *ex parte* reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

PTOL-465 (Rev.07-04)

| | Control No. | Patent Under Reexamination |
|---|---|---|
| **Notice of Intent to Issue Ex Parte Reexamination Certificate** | 90/008,246 | 5452269 |
| | Examiner | Art Unit |
| | James Menefee | 3992 |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

1. ☒ Prosecution on the merits is (or remains) closed in this *ex parte* reexamination proceeding. This proceeding is subject to reopening at the initiative of the Office or upon petition. *Cf.* 37 CFR 1.313(a). A Certificate will be issued in view of
   (a) ☒ Patent owner's communication(s) filed: *30 November 2007*.
   (b) ☐ Patent owner's late response filed: _____.
   (c) ☐ Patent owner's failure to file an appropriate response to the Office action mailed: _____.
   (d) ☐ Patent owner's failure to timely file an Appeal Brief (37 CFR 41.31).
   (e) ☐ Other: _____.

   Status of *Ex Parte* Reexamination:
   (f) Change in the Specification:   ☐ Yes ☒ No
   (g) Change in the Drawing(s):   ☐ Yes ☒ No
   (h) Status of the Claim(s):
      (1) Patent claim(s) confirmed: *12,13 and 16*.
      (2) Patent claim(s) amended (including dependent on amended claim(s)): *1,4,6 and 7*
      (3) Patent claim(s) cancelled: _____.
      (4) Newly presented claim(s) patentable: _____.
      (5) Newly presented cancelled claims: *21-26*.

2. ☒ Note the attached statement of reasons for patentability and/or confirmation. Any comments considered necessary by patent owner regarding reasons for patentability and/or confirmation must be submitted promptly to avoid processing delays. Such submission(s) should be labeled: "Comments On Statement of Reasons for Patentability and/or Confirmation."

3. ☐ Note attached NOTICE OF REFERENCES CITED (PTO-892).

4. ☒ Note attached LIST OF REFERENCES CITED (PTO/SB/08).

5. ☐ The drawing correction request filed on _____ is:   ☐ approved   ☐ disapproved.

6. ☐ Acknowledgment is made of the priority claim under 35 U.S.C. § 119(a)-(d) or (f).
   a)☐ All   b)☐ Some*   c)☐ None   of the certified copies have
      ☐ been received.
      ☐ not been received.
      ☐ been filed in Application No. _____.
      ☐ been filed in reexamination Control No. _____.
      ☐ been received by the International Bureau in PCT Application No. _____.

   * Certified copies not received: _____.

7. ☐ Note attached Examiner's Amendment.

8. ☒ Note attached Interview Summary (PTO-474). *(3)*

9. ☒ Other: *claims 2-3, 5, 8-11, 14-15, and 17-20 were not reexamined.*

cc: Requester (if third party requester)
U.S. Patent and Trademark Office
PTOL-469 (Rev.08-06)   Notice of Intent to Issue Ex Parte Reexamination Certificate   Part of Paper No 20071126

Application/Control Number: 90/008,246 Page 2
Art Unit: 3992

## Notice of Intent to Issue Reexamination Certificate

This is an *ex parte* reexamination of U.S. Patent No. 5,452,269 ("the '269 patent").

Patent owner responded to the previous Office Action with a timely amendment filed 9/28/2007. This response included the required statement of the personal interview held 9/18/2007. Due to formal problems with the amendments and terminal disclaimer, a notice of non-compliant amendment was sent by the Office. Patent owner corrected the formal matters in a timely response filed 10/23/2007, amending claim 1 and adding new claims 21-26.

On 11/6/2007, patent owner contacted the examiner and they discussed the case as noted on the attached interview summary form. Patent owner filed a response on 11/7/2007 amending some of the new claims, and also included the required statement of the 11/6/2007 interview. The amendments, however, were not entered due to informalities.

On 11/13/2007, the examiner again spoke by telephone with the patent owner as noted on the attached interview summary form. Patent owner filed a supplemental amendment on 11/18/2007 canceling claims 21-26, and also providing the required statement of the 11/13/2007 telephone interview, but again including informalities. Patent owner corrected the informalities by amendment filed 11/30/2007.

Application/Control Number: 90/008,246 Page 3
Art Unit: 3992

### *Status of Claims*

The status of the claims is as follows:

Claims 1, 4, 6-7, 12-13, and 16 are subject to reexamination.

Claims 2-3, 5, 8-11, 14-15, and 17-20 were not reexamined.

Claims 21-26 were newly added in this proceeding but subsequently have been canceled.

Claim 1 is amended.

Claims 4, 6, and 7 are not themselves amended, but depend from an amended claim.

Claims 12-13 and 16 remain as in the '269 patent.

### *Terminal Disclaimer*

The terminal disclaimer filed on 10/23/2007 disclaiming the terminal portion of the patent being reexamined which would extend beyond the expiration date of U.S. Patent No. 5,343,445 has been reviewed and is accepted. The terminal disclaimer has been recorded.

### *Information Disclosure Statement*

The Information Disclosure Statement filed 9/28/2007 is considered on the attached signed sheets. It is noted that the court documents are lined through as not considered. Items like court documents are evidence, but are not prior art as such, and therefore will not be placed on the face of the patent or reexamination certificate; such evidence is therefore inappropriate for an IDS and thus the items are lined through. The examiner notes for the record that the evidence has been read and considered in its entirety.

Application/Control Number: 90/008,246 Page 4
Art Unit: 3992

**STATEMENT OF REASONS FOR PATENTABILITY AND/OR CONFIRMATION**

Claims 1, 4, and 6-7 are patentable. Claims 12-13 and 16 are confirmed. The examiner has no opinion as to claims 2-3, 5, 8-11, 14-15, and 17-20, which were not reexamined. The following is an examiner's statement of reasons for patentability/confirmation of these claims:

Regarding claim 1, there is not taught or disclosed in the prior art an athletic shoe with a notification device for notifying a wearer of the shoe of information relating to the amount time that the shoe is off the ground and in the air during a jump, by a timing device including a pressure responsive switch responding to pressure imparted to the shoe during a jump.

Regarding claim 12, there is not taught or disclosed in the prior art a method for indicating hang time off the ground and in the air by an individual, comprising providing an actuable timing device in a shoe, actuating the timing device when the shoe leaves the ground and elevates into the air, deactuating the timing device when the shoe returns to the ground, and providing an indication of the time interval between actuation and deactuation.

As to these claims, the Goldston patent (U.S. Patent No. 5,303,485) is the closest prior art. Goldston differs from the claimed invention in that its switch is operational due to the heel of the foot leaving the footbed within the shoe; in other words, Goldston is concerned only with the relative location of the foot within the shoe, and is not concerned with the location of the shoe itself, that is, on the ground or in the air. Goldston therefore lacks the limitations of "pressure responsive switch responding to pressure imparted to said athletic shoe during said

jump" and providing a "message including information related to said amount of time the athletic shoe is off the ground and in the air during said jump" as in claim 1. Goldston lacks a selectively actuable timing device actuated/deactuated when the shoe leaves/returns to the ground as in claim 12, and providing an indication of the time interval between such actuation and deactuation. As all of these claims require the switch to react based on the location of the shoe (i.e. ground vs. air, during a jump), and Goldston's switch is not concerned with the location of the shoe, then Goldston cannot anticipate the claims.

Regarding claims 4, 6-7, 13, and 16, the claims are patentable/confirmed at least due to their dependence on one of the above claims.

The examiner reiterates that the above claims were given the claim construction as described in the action mailed 9/1/2007, p. 2. Any comments considered necessary by PATENT OWNER regarding the above statement must be submitted promptly to avoid processing delays. Such submission by the patent owner should be labeled: "Comments on Statement of Reasons for Patentability and/or Confirmation" and will be placed in the reexamination file.

Application/Control Number: 90/008,246 Page 6
Art Unit: 3992

## NOTICE RE PATENT OWNER'S CORRESPONDENCE ADDRESS

Effective May 16, 2007, 37 CFR 1.33(c) has been revised to provide that:

The patent owner's correspondence address for all communications in an *ex parte* reexamination or an *inter partes* reexamination is designated as the correspondence address of the patent.

> *Revisions and Technical Corrections Affecting Requirements for Ex Parte and Inter Partes Reexamination*, 72 FR 18892 (April 16, 2007)(Final Rule)

**The correspondence address for any pending reexamination proceeding not having the same correspondence address as that of the patent is, by way of this revision to 37 CFR 1.33(c), <u>automatically changed to that of the patent file</u> as of the effective date.**

This change is effective for any reexamination proceeding which is pending before the Office as of May 16, 2007, <u>including the present reexamination proceeding</u>, and to any reexamination proceeding which is filed after that date.

Parties are to take this change into account when filing papers, and direct communications accordingly.

In the event the patent owner's correspondence address listed in the papers (record) for the present proceeding is different from the correspondence address of the patent, it is strongly encouraged that the patent owner affirmatively file a Notification of Change of Correspondence Address in the reexamination proceeding and/or the patent (depending on which address patent owner desires), to conform the address of the proceeding with that of the patent and to clarify the record as to which address should be used for correspondence.

Telephone Numbers for reexamination inquiries:

Reexamination and Amendment Practice        (571) 272-7703
Central Reexam Unit (CRU)                   (571) 272-7705
Reexamination Facsimile Transmission No.    (571) 273-9900

Application/Control Number: 90/008,246 Page 7
Art Unit: 3992

## *Conclusion*

All correspondence relating to this *ex parte* reexam proceeding should be directed as follows:

By **U.S. Postal Service Mail** to:

> Mail Stop *Ex Parte* Reexam
> ATTN: Central Reexamination Unit
> Commissioner for Patents
> P.O. Box 1450
> Alexandria, VA 22313-1450

By FAX to:   (571) 273-9900
            Central Reexamination Unit

By hand to:   Customer Service Window
              Randolph Building
              401 Dulany St.
              Alexandria, VA 22314

Any inquiry concerning this communication or earlier communications from the Reexamination Legal Advisor or Examiner, or as to the status of this proceeding, should be directed to the Central Reexamination Unit at telephone number (571) 272-7705.

Application/Control Number: 90/008,246                                   Page 8
Art Unit: 3992

Signed:

*[signature]*

James Menefee
Primary Examiner
Central Reexamination Unit 3992
(571) 272-1944

November 27, 2007

Conferees:

*[signature: Ovidio Escalante]*

*[signature]*