# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Erik B. Cherdak | ) | |
| 149 Thurgood Street | ) | |
| Gaithersburg, Maryland 20878 | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No. 8:06 CV 435 |
| | ) | |
| | ) | |
| Target Corporation | ) | |
| 1000 Nicollett Mall | ) | |
| Minneapolis, Minnesota 55403 | ) | |
| | ) | |
| *Defendant*. | ) | |
| | ) | |

# JOINTLY PREPARED CHARTS
For Claims 1, 2, 3, 22, and 23 of the
U.S. Patent No. 5,343,445 and
Claims 1, 4, 6, and 7 of
U.S. Patent No. 5,452,269

The parties submit the following pursuant to the Court's Order of April 20, 2006.

**Re U.S. Patent No. 5,343,445:**

| U.S. Patent No. 5,343,445 to Cherdak | Plaintiff's Literal Infringement Position in re Target's SPOT LITES AND LITE MOVES Shoes ("Accused Shoes" or "Accused Devices")[1]<br><br>The Plaintiff's Position is based on the Plain Meaning of the terms found in the Claims, the Specification, and the Prosecution History of the '445 Patent. | Defendant's Preliminary Non-Infringement Contentions[2] and List of Claim Terms to be Construed |
|---|---|---|
| **Claim 1 of the '445 Patent:**<br><br>1. A method for indicating hang time off the ground and in the air during a jump by a person wearing an athletic shoe, said method comprising the steps: | An accused shoe (e.g., an accused athletic shoe) operates to indicate hang time (an amount of time the shoe is off the ground and in the air during a jump) by a person wearing the accused shoe. Target markets it shoes as providing "[f]lashing lights on the 'out step' keep your timing smart…" and having a "[r]ubber 1" heel gives you that extra jump." See Target's Web Page Materials attached to the Complaint for Patent Infringement. | The accused device does not perform a method for indicating hang time off the ground and in the air during a jump.<br><br>The accused device is not an "athletic shoe"<br><br>Terms to be construed:<br><br>"indicating hang time off the ground and in the air during a jump"<br><br>"athletic shoe" |
| (a) sensing, within said shoe, when said shoe leaves the ground during said jump; | An accused shoe senses when the shoe leaves the ground during the jump by realizing a switch closure | The accused device does not perform the method of sensing when the shoe leaves the ground during a |

---

[1] The Plaintiff supplies the following note: The Plaintiff has identified certain claims to Defendant Target that are <u>literally infringed</u>. Plaintiff reserves the right to assert other claims are literally infringed and/or infringed based on the doctrine of equivalents or other reasons, as a result of discovery and documents yet to be provided by Target.

[2] The Defendant supplies the following note: Discovery in this matter has just begun, and the parties have not yet exchanged documents. Therefore, the contents of this table are based only on such information and documents that are currently known or available to Target Corporation. Upon receiving documents from Plaintiff, and/or upon further investigation, Target Corporation reserves the right to alter, amend or supplement this table.

| | | |
|---|---|---|
| | during lift off of the shoe. External forces imparted to the shoe during the jump lift off (e.g., during upward acceleration, etc.) will cause a spring in the switch to vibrate and contact a contact member to cause circuit operation. It is common for electrical devices to sense operational states based on switch actuations. | jump.<br><br>Terms to be construed:<br><br>"sensing ... when said shoe leaves the ground during said jump" |
| (b) sensing, within said shoe, when said shoe returns to the ground at the end of said jump; and | An accused shoe senses when the shoe returns to the ground at the end of the jump by realizing a subsequent switch actuation upon the shoe contacting the ground. External forces imparted to the shoe at ground contact will cause the spring in the switch to vibrate and contact the contact member to cause circuit operation and/or signal generation. | The accused device does not perform the method of sensing when the shoe returns to the ground at the end of a jump.<br><br>Terms to be construed:<br><br>"sensing ... when said shoe returns to the ground and the end of said jump" |

3

| | | |
|---|---|---|
| (c) activating a hang time indicator on said shoe during the time interval between said shoe leaving and returning to the ground as sensed in steps (a) and (b), respectively, said indicator providing an indication of hang time in a manner perceptible to said person. | An accused shoe operates to indicate an amount of time the shoe is off the ground and in the air during a jump by a person wearing the accused shoe. Such an indication of the passage of time is carried out by LED flashes/blinks. Target markets it shoes as providing "[f]lashing lights on the 'out step' keep your timing smart…" and having a "[r]ubber 1" heel gives you that extra jump." See Target's Web Page Materials attached to the Complaint for Patent Infringement. | The accused device does not perform the method of activating a hang time indicator providing an indication of hang time in a manner perceptible to a person wearing the accused device.<br><br>Terms to be construed:<br><br>"activating"<br><br>"hang time indicator"<br><br>"providing an indication of hang time in a manner perceptible to said person" |
| **Claim 2 of the '445 Patent:**<br><br>2. The method of claim 1 wherein step (c) comprises illuminating a light emitting device on said shoe throughout said time interval. | An accused shoe worn by a child during a jump, for example, may illuminate (as flashing light(s)) a light emitting device (e.g., an LED) on the shoe throughout the time interval between successive switch actuations. | The accused device does not infringe independent claim 1, and therefore cannot infringe dependent claim 2.<br><br>The accused device does not perform the method of illuminating a light emitting device during the time interval between the shoe leaving and returning to the ground.<br><br>Terms to be construed:<br><br>"illuminating"<br><br>"light emitting device"<br><br>"throughout said time interval" |
| **Claim 3 of the '445 Patent:** | An accused shoe worn by a child during a jump, for | The accused device does not infringe independent |

4

| | | |
|---|---|---|
| 3. The method of claim 1 wherein step (c) comprises flashing a plurality of flashing lights on said shoe throughout said time interval. | example, may illuminate a light emitting device (e.g., an LED) on the shoe in a flashing manner throughout the time interval between successive switch actuations. | claim 1, and therefore cannot infringe dependent claim 3.<br><br>The accused device does not perform the method of flashing a plurality of lights throughout the time interval between the shoe leaving and returning to the ground.<br><br>Terms to be construed:<br><br>"plurality of flashing lights"<br><br>"throughout said time interval" |
| **Claim 22 of the '445 Patent:**<br><br>22. In an athletic shoe having an upper member secured to a sole member, the sole member having a heel portion with a cavity in which circuitry is housed, apparatus for indicating the time that the athletic shoe is off the ground and in the air during a jump by a person wearing the athletic shoe, said apparatus comprising: | Target markets the accused shoes as athletic shoes. See e.g., attached web site printout identifying the Boys' Spotlite Brand Athletic Shoes and Girls' Lite Moves Athletic Shoes.  Each of the accused shoes has an upper member secured to a sole member.  The sole member has a heel portion further having a cavity in which lighting module circuitry is housed.  The lighting module is an apparatus that is configured to indicate time that the athletic shoe is off the ground and in the air during a jump by a person wearing the shoe. | The accused device is not an "athletic shoe"<br><br>The accused device does not have an apparatus for indicating the time that the athletic shoe is off the ground and in the air.<br><br>Terms to be construed:<br><br>"athletic shoe"<br><br>"indicating the time that the athletic shoe is off the ground an in the air during a jump" |
| a pressure responsive switch producing a signal when said athletic shoe is off the ground and in the | Within the lighting module circuitry is a pressure responsive spring switch.  The pressure (force per unit | The accused device does not have a pressure responsive switch producing a signal when the athletic |

5

| air, | area) spring switch produces a signal (upon switch closure) when an accused shoe is off the ground and in the air during a jump, for example. Production of a signal is achieved by switch closure (i.e., electrical connection between the spring and a contact member). The pressure responsive spring switch is disposed in the heel cavity of each accused shoe. During the lift-off phase of the jump, pressure is applied to the shoe by the person wearing the shoe to lift the shoe into the air. Such pressures will cause the switch to close (conduct) and produce a signal and to cause circuit operation and ultimately LED illumination to indicate the passage of time.<br><br>There can be no question that the spring switches in the accused shoes actuate (i.e., produce a signal upon a switch closure) as a result of, for example, pressures imparted to a shoe that cause the shoe to lift off the ground during a jump. Such pressure responsive spring switches have been heavily litigated and the Court of Appeals for the Federal Circuit clearly defined such switches as switches that remain closed a period of time depending | shoe is off the ground and in the air.<br><br>Terms to be construed:<br><br>"pressure responsive switch"<br><br>"producing a signal when said athletic shoe is off the ground and in the air" |

| | | |
|---|---|---|
| | on an amount of force imparted to a shoe by its wearer. *See e.g.*, <u>Orlaford Limited v. BBC International, LTD, *et al.*</u>, 194 F.3d 1337 (CAFC 1999) (from footnote 5: "A spring switch is a switch that remains closed for an amount of time determined by the force imparted by the shoe wearer…"). | |
| said switch being disposed in the sole member of said athletic shoe; | In the accused shoes, the switch is in the lighting module which normally resides in the cavity formed in the heal of the shoe, hence the switch is in the sole member. | |
| a plurality of light emitting diodes (LEDs) disposed on the athletic shoe, said plurality of light emitting diodes (LEDs) emitting light during the period of time when the athletic shoe is off the ground and in the air during said jump to provide a visual indication of the amount of time that the athletic shoe is off the ground and in the air; | Each accused shoe includes a light emitting diode (LED) arrangement including, but not limited to, LEDs on the "out step" of the upper member. LEDs are well known electrical devices (e.g., the little red lights on TV remote control devices, on kitchen devices such as coffee pots, etc.). See Boy's SPOT LITE shoe. The LEDs of the arrangement emit light during the period of time when the shoe is off the ground and in the air during the jump to provide a visual indication of the amount of time that the shoe is off the ground and in the air. The accused shoes are intended to flash/blink their LEDs when | The accused device does not have a plurality of LEDs emitting light during the period of time when the athletic shoe is off the ground and in the air to provide a visual indication of the amount of time the athletic shoe is off the ground and in the air.<br><br>Terms to be construed:<br><br>"light emitting diodes (LEDs)"<br><br>"emitting light during the period of time when the athletic shoe is off the ground and in the air"<br><br>"visual indication of the amount of time that the |

7

| | the shoes are off the ground, for example, during a jump. The greater the number of blinks during the jump, the greater the amount of time that the shoe is off the ground and in the air during the jump. The human eye will discern relatively longer and shorter periods of a jump based on a relatively greater or lesser number of blinks/flashes that occur during a jump as indicated by the LEDs. | athletic shoe is off the ground and in the air" |
|---|---|---|
| a controller disposed in the sole member of the athletic shoe and connected to said switch and to said plurality of light emitting diodes (LEDs), wherein said controller is responsive to said signal to cause said plurality of light emitting diodes (LEDs) to emit said light during said period of time that said athletic shoe is off the ground and in the air; and | The lighting modules in the accused shoes include a controller (e.g., an integrated circuit) that is disposed in the sole member (in the heel cavity and within the lighting module). The controller is connected to the switch and to the plurality of LEDs in the LED arrangement. The controller is responsive to a switch closure signal to cause the LEDs in the LED arrangement to emit light during (at least at some time in) the period of time that the shoe is off the ground and in the air during the jump. | The accused device does not have a controller responsive to the signal to cause a plurality of LEDs to emit light during the period of time that the athletic shoe is off the ground and in the air.

Terms to be construed:

"controller"

"emit said light during said time period of time that said athletic shoe if off the ground and in the air" |
| a power source connected to said switch, to said plurality of light emitting diodes (LEDs) and to said controller, said power | The lighting modules in the accused shoes include battery power sources (e.g., button cell batteries). | |

8

| | | |
|---|---|---|
| source disposed in the sole member of said athletic shoe. | | |
| **Claim 23 of the '445 Patent:**<br><br>23. The apparatus of claim 22 wherein said switch, said plurality of LEDs, said controller and said power source are disposed in the heel portion of the sole member of said athletic shoe. | The accused shoes are structured to house the elements identified in claim 22 in the cavity formed in the sole member of the shoe.<br><br>**The Defendant has supplied the language found in the column to the right of this column. In the adjacent column, the Defendant has not identified any term(s) in this element of claim 22 that appears to be in need of special claim construction by the court beyond a plain meaning analysis.** | The accused device does not infringe independent claim 22, and therefore cannot infringe dependent claim 23.<br><br>The accused device does not have a switch, plurality of LEDs, controller, and power sourced disposed in the heel portion of the sole member of the athletic shoe. |

9

# Re U.S. Patent No. 5,452,269:

| U.S. Patent No. 5,452,269 to Cherdak | Plaintiff's Literal Infringement Position in re Target's SPOT LITES AND LITE MOVES shoes ("Accused Shoes" or "Accused Devices"). The Plaintiff's Position is based on the Plain Meaning of the terms found in the Claims, the Specification, and the Prosecution History of the '445 Patent. | Defendant's Preliminary Non-Infringement Contentions and List Of Claim Terms to Be Construed. |
|---|---|---|
| **Claim 1 of the '269 Patent:** 1. An athletic shoe comprising: | The accused shoes are athletic shoes intended to be worn by children. Target markets it shoes as athletic shoes that have "[f]lashing lights on the 'out step' keep your timing smart..." and having a "[r]ubber 1" heel gives you that extra jump." See Target's Web Page Materials attached to the Complaint for Patent Infringement. | The accused device it is not an "athletic shoe" Terms to be construed: "athletic shoe" |
| a sole; | The accused shoes have rubber sole members. | |
| a shoe upper mounted on said sole; | The accused shoes have upper members on their sole members. | |
| a timing device disposed at least partly in said sole for measuring an amount of time the athletic shoe is off the ground and in the air; | The lighting modules with the shoes are configured to emit light over certain periods of time controlled by circuitry with the modules. Each LED blink/flash takes a period of time and act to measure an | The accused device does not have a timing device for measuring an amount of time the athletic shoe is off the ground and in the air. Terms to be construed: |

10

| | | |
|---|---|---|
| | amount of time that a shoe is off the ground and an in the air. Three blinks in the air, for example, takes longer than two blinks in the air and therefore LED blinks/flashes clearly measure and indicate the passage of time. Like sands of an hourglass that measure and indicate time, so too are the number of LED blinks. Moreover, the control circuitry of the lighting modules operates based on clock signals/pulses that control internal working of the lighting module. | "timing device" "measuring an amount of time the athletic shoe is off the ground and in the air" |
| a notification device operatively coupled to said timing device and disposed in said upper for notifying a wearer of the athletic shoe of a message, said message including information related to said amount of time the athletic shoe is off the ground and in the air. | The LEDs within the accused shoes act as the notification device to provide a series of LED blinks/flashes related to the amount of time that a shoe is off the ground and in the air. | The accused device does not have a notification device operatively coupled to the timing device for notifying the wearer of the athletic shoes of a message including information related to the amount of time the athletic shoe is off the ground and in the air. Terms to be construed: "notification device" "operatively coupled" "notifying a wearer of the athletic shoe of a message, said message including information related to said amount of time the athletic shoe is off the ground and |

11

| | | |
|---|---|---|
| | | in the air" |
| **Claim 4 of the '269 Patent:**<br><br>4. The athletic shoe according to claim 1 wherein said notification device includes a visual display for displaying said message. | The accused shoes include LED arrangements that are by their very nature used to provide a visual display (LED blinks/flashes) to be seen by wearers of the shoes and others. | The accused device does not infringe independent claim 1, and therefore cannot infringe dependent claim 4.<br><br>The accused device does not have a notification device including a visual display for displaying a message.<br><br>Terms to be construed:<br><br>"visual display" |
| **Claim 6 of the '269 Patent:**<br><br>6. The athletic shoe according to claim 4 wherein said visual display is comprised of a series of light emitting components. | The accused shoes include LED arrangements that are illuminate. | The accused device does not infringe independent claim 1 and dependent claim 4, and therefore cannot infringe dependent claim 6.<br><br>The accused device does not have a visual display comprised of a series of light emitting components.<br><br>Terms to be construed:<br><br>"series of light emitting components" |
| **Claim 7 of the '269 Patent:**<br><br>7. The athletic shoe according to claim 1 wherein said message is visual. | The accused shoes include LED arrangements that are by their very nature used to provide a visual display (LED blinks/flashes) to be seen/visualized by wearers of the shoes and others.<br><br>**The Defendant has supplied the language found in the column to the right of this column.** | The accused device does not infringe independent claim 1, and therefore cannot infringe dependent claim 7.<br><br>The accused device does not have a visual message.<br><br>Terms to be construed:<br><br>"visual" |

12

|  | **In the adjacent column, the Defendant has not identified any term(s) in this element of claim 7 that appears to be in need of special claim construction by the court beyond a plain meaning analysis.** |  |
|---|---|---|

Respectfully Submitted,

_____/s/_____
Jay P. Holland, Esquire #06015
6404 Ivy Lane, Suite 400
Greenbelt, MD  20770
(240) 553-1199 (v);
(301) 220-1214 (fax)
*Counsel for Plaintiff*


_____/s/_____
Daniel R. Lanier
MILES & STOCKBRIDGE P.C. 10 Light Street
Baltimore, Maryland 21202-1487
Telephone: (410) 727-6464
Fax: (410) 385-3700
*Counsel for Defendant*

_____/s/_____
James R. Steffen
Faegre & Benson LLP
2200 Wells Fargo Center. Minneapolis. MN 55402
Telephone: (612)-766-850
Fax: 612-766-1600